JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DERRICK ELLIOT GRAY,

Plaintiff,

v.

LEANNE LUNDY, et al.,

Defendants.

Case No. 2:25-cv-10668-SSS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the federal claims in the Complaint are dismissed with prejudice and without leave to amend, and the remaining state law claims are dismissed without prejudice but without leave to amend.

DATED: March 18, 2026

_____
Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE